IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


UNITED STATES OF AMERICA                                    RESPONDENT

    V.                           Criminal No. 08-60003
                                  Civil No. 14-6063

JEFFREY SCOTT RAND                                              MOVANT


O R D E R

On this 7th day of December 2015, there comes on for consideration the report and recommendation filed in this case on June 22, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 79). Also before the Court are Mr. Rand's objections (docs. 81-83) to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Rand's 28 U.S.C. § 2255 petition is hereby DENIED and DISMISSED WITH PREJUDICE. Further, an appeal from this dismissal would not be taken in good faith. Finally, as Rand has not made a "substantial showing of the denial of a constitutional right", a certificate of appealability is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge


AO72A
(Rev. 8/82)