IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                      Case No. 6:08-cr-60003

JEFFREY SCOTT RAND                                                                DEFENDANT

and

ROVIG MINERALS, INC.

## ORDER

The government has filed a Motion to Terminate Garnishment. ECF No. 121. The government filed multiple Applications for Writ of Continuing Garnishment in this matter. The garnishees are various ROVIG companies.[1] ROVIG Minerals, Inc., a garnishee, filed an Answer to the writ stating that Defendant was no longer employed by ROVIG Minerals, Inc., and that it did not have custody, control, or possession of any property belonging to Defendant. ECF No. 113. Further, ROVIG Minerals, Inc., has filed for bankruptcy. Because it appears that the ROVIG companies are related and that Defendant is no longer an employee, the government moves the Court to terminate the Applications for Writ of Continuing Garnishment pertaining to these companies.

A garnishment order may only be terminated by satisfaction of the debt, exhaustion of the garnished property, or a court order quashing the writ of garnishment. 28 U.S.C. § 3205(c)(10). Upon consideration, the Court finds that the Motion to Terminate Garnishment (ECF No. 121) should be and hereby is **GRANTED**. Accordingly, the Applications for Writ of Garnishment (ECF Nos. 101, 102, 103, and 104) are **TERMINATED**.

**IT IS SO ORDERED**, this 4th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] These companies include ROVIG Minerals Global, LLC (ECF No. 101); ROVIG Minerals, Inc. (ECF No. 102); ROVIG Minerals, LLC of MT (ECF NO. 103); and ROVIG Properties, LLC (ECF No. 104).